STATE of Missouri, Respondent,

v.

Vincent A. WENTLAND, Appellant.

No. WD 43834.

Missouri Court of Appeals,
Western District.

Oct. 22, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 26, 1991.

Application to Transfer Denied
Jan. 28, 1992.

David S. Durbin, Appellate Defender, Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., Presiding, and FENNER and HANNA, JJ.

PER CURIAM:

ORDER

Appeal from a jury trial following conviction of burglary in the second degree, § 569.170, RSMo 1986, and of stealing property with a value of at least $150.00, § 570.030, RSMo 1986.

Affirmed. Rule 30.25(b).